UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Israel Aquilar,  Case No. 17-cv-1530 (WMW/TNL)

    Plaintiff,

v.  **ORDER FOR DISMISSAL WITH PREJUDICE**

Ocwen Loan Servicing, LLC,

    Defendant.

---

Based upon the Stipulation to Dismiss Entire Action With Prejudice (Dkt. 45), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is dismissed with prejudice and with each party bearing its own costs and attorneys' fees in connection with such claims.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  October 24, 2018  s/Wilhelmina M. Wright
    Wilhelmina M. Wright
    United States District Judge